# EXHIBIT D

LEXINGTON LAW GROUP
Howard Hirsch, State Bar No. 213209
Meredyth Merrow, State Bar No. 328337
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
hhirsch@lexlawgroup.com
mmerrow@lexlawgroup.com

*Attorneys for Plaintiffs*

DORSEY & WHITNEY LLP
Kent J. Schmidt, State Bar No. 195969
Navdeep K. Singh, State Bar No. 284486
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Telephone: (714) 800-1400
Facsimile: (714) 800-1499
schmidt.kent@dorsey.com
singh.navdeep@dorsey.com

DORSEY & WHITNEY LLP
Creighton R. Magid (*admitted Pro Hac Vice*)
1401 New York Avenue NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 442-3000
Facsimile: (202) 442-3199
magid.chip@dorsey.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

KATHLEEN SMITH and MATTHEW DOWNING, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

KEURIG GREEN MOUNTAIN, INC.,

Defendant.

Case No. 4:18-cv-06690-HSG
Assigned to Hon. Haywood S. Gilliam, Jr.

**DECLARATION OF SCOTT M. FENWICK OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH JOINT STATUS REPORT RE: SETTLEMENT CLAIMS**

I, Scott M. Fenwick, declare as follows:

1. I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Claim Administrator appointed in the above-captioned case,[2] whose principal office is located at 2000 Market Street, Suite 2700, Philadelphia, Pennsylvania 19103. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision. This declaration is being filed to update the Court in connection with the Parties' Joint Status Report Regarding Settlement Claims, and supplements the *Declaration of Frank Ballard of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement* filed on November 1, 2022 (the "Initial Declaration") [Docket No. 155-1].

2. Following the hearing before this Court on December 8, 2022, in accordance with the Court's subsequent *Order Re: Notice Issues for Certain Class Members Regarding Settlement*, dated December 21, 2022 [Docket No. 161] (the "December Order"), and as directed by Class Counsel, on December 16, 2022, Kroll caused the Email Notice to be sent to 139,667 additional Class Members who had not previously been served with the Email Notice and who purchased the Products directly from the Defendant on its website (the "Additional Class Members"). A true and correct copy of a complete exemplar Email Notice (including the subject line) is attached hereto as **Exhibit A**. Of the 139,667 emails attempted for delivery, 39,514 emails were rejected/bounced back as undeliverable, and 363 people unsubscribed from future emails.

3. The original deadline to submit Requests for Exclusion and objections was October 24, 2022. The original deadline to submit claims was January 9, 2023. Pursuant to the December Order, each of the foregoing deadlines was extended to January 30, 2023, for Additional Class Members.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Initial Declaration (as defined below).

[2] The Stipulation of Settlement and order granting preliminary approval of the Settlement [ECF No. 140] appoint "Kroll Business Services" as the Claim Administrator. Kroll Business Services is the name of the division of Kroll, LLC in which Kroll Settlement Administration LLC is a unit and is not a legal entity. Kroll Settlement Administration LLC is the actual Claim Administrator in this case.

4. As of February 7, 2023, Kroll has received a total of 2,519 Claim Forms through the mail and 1,124,765 Claim Forms have been received electronically through the Settlement Website. Kroll is still in the process of reviewing and validating the Claim Forms it has received. In determining whether a Claim Form is valid, Kroll is considering, among other things, the limitation of one claim per Household as described in the Stipulation of Settlement, a limitation of one claim per payment account (e.g., a specific Venmo or PayPal account), whether the information provided in the Claim Form contains any indicia of fraud, and whether the claim is duplicative of a valid Claim Form.

5. As of February 7, 2023, Kroll has received one (1) additional timely Request for Exclusion since filing its Initial Declaration. Therefore, Kroll has received a total of twelve (12) timely Requests for Exclusion, all of which Kroll delivered to the Parties' counsel in accordance with the Stipulation of Settlement, and no objections to the Settlement. A list of the Requests for Exclusion is attached hereto as **Exhibit B**.

6. On December 13, 2022, prior to the Parties' filing of a Joint Stipulation on December 16, 2022, Kroll provided Class Counsel an updated estimate for notice and administrative costs with a cap of $900,000 (the "Revised Estimate"). This Revised Estimate was approximately $400,000 greater than Kroll's initial estimate and assumed, based on (i) the claims filing rate at that time, (ii) the time remaining to file claims, and (iii) the addition of the Additional Class Members, that Kroll would receive approximately 705,000 Claim Forms. However, as of February 7, 2023, Kroll has received over 1,127,000 Claim Forms. Indeed, in January 2023, Kroll received more than 306,000 Claim Forms, and Kroll continues to receive paper Claim Forms through the mail. As a result, the costs of administering this case have increased.

7. As of February 7, 2023, Kroll has billed approximately $621,918 for services and fees incurred in the administration of this Settlement, which includes media costs. A true and correct copy of the invoices generated to date are attached hereto as **Exhibit C**. Taking into account the increased number of Claim Forms filed and discussed above, Kroll now estimates that approximately 1,128,000 Claim Forms will be received. Accordingly, Kroll estimates that the total

notice and administration costs will be approximately $1,150,000 and therefore seeks approval from the Court for additional notice and administration costs of up to $250,000.

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on February 8, 2023, in Woodbury, Minnesota.

Scott M. Fenwick

SCOTT M. FENWICK

# Exhibit A

**Subject:** [EXTERNAL] Notice of K Cup® Single Serve Coffee Pods Settlement

Class Member ID: [redacted]

# DID YOU PURCHASE KEURIG K CUP® SINGLE SERVE COFFEE PODS THAT WERE LABELED AS RECYCLABLE?

## YOU MIGHT BE ELIGILBE TO GET MONEY FROM A SETTLEMENT.

**What Is this About?**
A proposed settlement has been reached in a lawsuit, *Smith v. Keurig Green Mountain, Inc.* Case No. 4:18-CV-06690, in which the Plaintiff claims that Keurig K Cup® single serve coffee pods labeled as being recyclable were not widely recyclable. Keurig denies any wrongdoing but has agreed to a settlement to avoid the expense of continued litigation.

**Who is Included?**
You are included as a Settlement Class Member if you purchased, for personal use, K Cup® single serve coffee pods that were labeled as recyclable between June 8, 2016, and August 8, 2022.

**What can you get from the Settlement?**
The Settlement provides $10 million to pay valid claims as follows:

1. **With Proof of Purchase:** You can get $3.50 per 100 pods, up to $36 maximum per Household, with a $6 minimum per Household regardless of quantity purchased.
2. **Without Proof of Purchase:** You can get $5 per Household from the Settlement.

In each case, you must submit a valid Claim Form by **January 30, 2023**. The actual amount may vary based on the total number of Claims filed.

**What are Your Rights?**
- **Do Nothing:** If you do nothing, you stay in the Settlement, but get no money, and you give up the right to sue over the claims in this Settlement.
- **File a Claim:** You must submit a valid Claim Form by **January 30, 2023**, to get money from the Settlement.
- **Exclude Yourself:** You can exclude yourself from the Settlement and keep your right to sue about the claims in this lawsuit, but you will not get any money. Requests for Exclusion must be received by **January 30, 2023**.
- **Object:** You remain in the Settlement, but you tell the Court why you think the Settlement should not be approved. Objections must be submitted by **January 30, 2023**.

A Final Approval Hearing was held on **December 8, 2022**, at **2:00 p.m. PT** at Courtroom 2 of the United States District Court for the Northern District of California, 1301 Clay Street, Oakland, California, to consider approval of the Settlement, a payment up to a total of

$3,000,000 for Class Counsel for attorneys’ fees, plus Class Counsel’s expenses, and incentive awards to the named Plaintiffs not to exceed $5,000 for Plaintiff Kathleen Smith and $1,000 to Plaintiff Matthew Downing. All motions filed by Class Counsel are available on the Settlement Website. The Court did not rule yet on whether to grant final approval of the Settlement.

**This is only a summary.** More details about this Settlement and instructions on how to file a Claim, object, or exclude yourself are available at **www.kcupsrecyclingsettlement.com** or by calling **1-833-620-3588**.

Click here to unsubscribe to future emails related to this settlement

---

# Exhibit B

Case 6:18-cv-06590-FPG Document 45 Filed 02/08/22 Page 9 of 16

| FIRST NAME | LAST NAME |
|---|---|
| SUSAN | ABBATTE |
| HELGE | BLUCHER |
| TERESA | BRIGHT |
| LEE | COLE JR. |
| DEBORAH | DAVIS |
| ALEXANDER | FINKEL |
| VICTORIA | RAFA |
| JAMES | RYAN |
| PATTY | SMARR |
| MARK | SULLIVAN |
| WENDY | ULCH |
| RICKY | VANCE |

# Exhibit C

KROLL
SETTLEMENT
ADMINISTRATION

| | |
|---|---|
| **Total Due:** | **USD 196,000.00** |
| Invoice No: | PA00564565 |
| Sequence No: | 1235 |
| Invoice Date: | April 26, 2022 |
| Due Date: | April 27, 2022 |

**PRIVILEGED & CONFIDENTIAL**

Through April 30, 2022

**RE: Smith v Keurig Green Mountain, Inc.**

| | |
|---|---|
| Retainer to be applied against Professional Services to be rendered | USD 196,000.00 |
| **Total Due:** | **USD 196,000.00** |

KROLL SETTLEMENT ADMINISTRATION

| | |
|---|---|
| **Total Due:** | **USD 75,691.00** |
| Invoice No: | PA00588983 |
| Sequence No: | 1708 |
| Invoice Date: | July 31, 2022 |
| Due Date: | August 01, 2022 |

**PRIVILEGED & CONFIDENTIAL**

Through July 31, 2022

**RE: Smith v Keurig Green Mountain, Inc.**

| | |
|---|---|
| Retainer to be applied against Professional Services to be rendered | USD 75,691.00 |
| **Total Due:** | **USD 75,691.00** |

KROLL SETTLEMENT ADMINISTRATION

| | |
|---|---|
| **Total Due:** | **USD 99,270.85** |
| Invoice No: | PA00613034 |
| Sequence No: | 2092 |
| Invoice Date: | October 31, 2022 |
| Due Date: | November 01, 2022 |

**PRIVILEGED & CONFIDENTIAL**

Through September 30, 2022

**RE: Smith v Keurig Green Mountain, Inc.**

| | | |
|---|---|---|
| Fees for Hourly Professional Services Rendered | | USD 34,500.00 |
| Other Professional Services Rendered | | 335,810.91 |
| Out-of-Pocket Expenses | | |
| Location Services Expense | 123.32 | |
| PO Box Rental | 62.50 | |
| Postage and Courier | 465.12 | |
| | | 650.94 |
| Retainer Applied | | (271,691.00) |
| **Total Due:** | | **USD 99,270.85** |

KROLL
SETTLEMENT
ADMINISTRATION

| | |
|---|---|
| **Total Due:** | **USD 40,609.09** |
| Invoice No: | PA00621969 |
| Sequence No: | 2270 |
| Invoice Date: | November 21, 2022 |
| Due Date: | November 22, 2022 |

**PRIVILEGED & CONFIDENTIAL**

Through October 31, 2022

**RE: Smith v Keurig Green Mountain, Inc.**

| | | |
|---|---|---|
| Fees for Hourly Professional Services Rendered | | USD 7,725.25 |
| Other Professional Services Rendered | | 32,878.71 |
| Out-of-Pocket Expenses | | |
| Postage and Courier | 5.13 | |
| | | 5.13 |
| **Total Due:** | | **USD 40,609.09** |

KROLL SETTLEMENT ADMINISTRATION

| | |
|---|---|
| **Total Due:** | **USD 115,038.50** |
| Invoice No: | PA00631199 |
| Sequence No: | 2444 |
| Invoice Date: | December 20, 2022 |
| Due Date: | December 21, 2022 |

**PRIVILEGED & CONFIDENTIAL**

Through November 30, 2022

**RE: Smith v Keurig Green Mountain, Inc.**

| | | |
|---|---|---|
| Fees for Hourly Professional Services Rendered | | USD 24,475.25 |
| Other Professional Services Rendered | | 90,539.31 |
| Out-of-Pocket Expenses | | |
| Postage and Courier | 23.94 | |
| | | 23.94 |
| **Total Due:** | | **USD 115,038.50** |

KROLL
SETTLEMENT
ADMINISTRATION

| | |
|---|---|
| **Total Due:** | **USD 95,308.67** |
| Invoice No: | PA00638911 |
| Sequence No: | 2580 |
| Invoice Date: | January 18, 2023 |
| Due Date: | January 19, 2023 |

**PRIVILEGED & CONFIDENTIAL**

Through December 31, 2022

**RE: Smith v Keurig Green Mountain, Inc.**

| | | |
|---|---|---|
| Fees for Hourly Professional Services Rendered | | USD 15,851.00 |
| Other Professional Services Rendered | | 79,455.96 |
| Out-of-Pocket Expenses | | |
| Postage and Courier | 1.71 | |
| | | 1.71 |
| **Total Due:** | | **USD 95,308.67** |